# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAM M. TRAN

NO. 2024 KW 0091

**MARCH 13, 2024**

---

In Re: Tam Minh Tran, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 577672 & 585419/20.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, a complete copy of the habitual offender bill of information, a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement that no opposing written document was filed, and a copy of pertinent court minutes. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT